2015–2048

United States Court of Appeals, Federal Circuit.

June 13, 2016

## Johnny J. TOLBERT, Jr., Petitioner

v.

## DEPARTMENT OF JUSTICE, Respondent

2015–3162

United States Court of Appeals, Federal Circuit.

June 13, 2016

AARON LOUIS MARTIN, Martin Law Firm, Fayetteville, AR, argued for petitioner.

DANIEL KENNETH GREENE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; JOHN T. LEMASTER, Federal Bureau of Prisons, United States Department of Justice.

## JUDGMENT

Per Curiam (Lourie, Moore, and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**